

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-13-00090-CV

| | | |
|---|---|---|
| Joe Burkett, Carolyn A. Burkett, Randy Williams, Bryon Ross Baird, Dr. Nina Speairs, William Wade, Bobby Sides, Marsha Sides, Daniel Hoenig, Margaret Hoenig, Frank Reed, Karen L. Reed, Stephen Vandekieft, Stephanie Vandekieft, Adam Siegel, Carol Siegel, Ran Shnitzer, Jason Weiser, Sherrie Weiser, Ronald L. Culp, Rhonda J. Culp, Cindy L. Rehor, Ron L. Russell, Donna M. Russell, Dan E. Peterson, Lillian J. Peterson, John Leone, Stephen O'Brien, Rhonda M. O'Brien, and Thomas Dieter<br><br>v.<br><br>Lake Country Property Owners Association, Inc. | § § § § § § § § § § § | From the 236th District Court<br><br>of Tarrant County (236-255355-11)<br><br>April 17, 2014<br><br>Opinion by Justice Meier |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellants Joe Burkett, Carolyn A. Burkett, Randy Williams, Bryon Ross Baird, Dr. Nina Speairs, William Wade, Bobby Sides, Marsha Sides, Daniel Hoenig, Margaret Hoenig, Frank Reed, Karen L. Reed, Stephen Vandekieft, Stephanie Vandekieft, Adam Siegel, Carol Siegel, Ran Shnitzer, Jason Weiser, Sherrie Weiser, Ronald L. Culp, Rhonda J. Culp, Cindy L. Rehor, Ron L. Russell, Donna M. Russell, Dan E. Peterson, Lillian J. Peterson, John Leone, Stephen O'Brien, Rhonda M. O'Brien, and Thomas Dieter shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By /s/ Bill Meier
    Justice Bill Meier